IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-02843-MDB

**RALPH MARCUS HARDY,**

      Plaintiff,

v.

**ADAMS COUNTY, a municipality,
RICHARD REIGNBORN, Sheriff, Adams County,
DEPUTY RABIE,
DEPUTY OVERMYER, ADA Coordinator,
DEPUTY DEHERRERA,
SERGIO PALOMARES, and
TWO UNKNOWN MASKED DEPUTIES,**

      Defendants.

---

**MOTION FOR EXTENSION OF TIME FOR DEFENDANT OVERMYER
TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S AMENDED COMPLAINT**

---

Defendants, Jennifer Overmyer, by and through her attorney, Michael A. Sink, Assistant County Attorney, hereby submits this Motion for an extension of time, up through and including January 9, 2023, to file an answer or other responsive pleading to Plaintiff's Amended Prisoner Complaint and as grounds therefore states as follows:

**CERTIFICATION PURSUANT TO D.C.COLO.LCivR. 7.1**

Undersigned counsel states that Plaintiff, a *pro se* prisoner, is currently incarcerated and not available for conferral.

1.    Plaintiff served his Prisoner Complaint on Jennifer Overmyer via the

1

U.S. Marshal Service on December 7, 2022.

2. Defendant Overmyer's answer or other responsive pleading due date is currently set for December 28, 2022.

3. On November 25, 2022 Plaintiff filed a Motion to Dismiss Sergio Palomares/Motion for Leave to File an Amended Complaint [Doc. No. 14]

4. On November 28, 2022, this Court granted in part Plaintiff's Motion [Doc. No. 15] ordering Plaintiff to file an amended complaint on or before December 19, 2022.

5. On December 5, 2022 Plaintiff filed his Amended Prisoner Complaint [Doc. No. 22].

6. Defendants Adams County and Richard Reigenborn previously requested an extension, up through and including January 9, 2023, to answer or otherwise respond to Plaintiff's Amended Complaint [Doc. No. 19]. Which the Court granted on December 5, 2022 [Doc. No. 20]

7. In order to maintain judicial efficiency, Defendant Overmyer requests an extension, up through and including January 9, 2023, to answer or otherwise respond to Plaintiff's Amended Complaint.

8. Pursuant to D.C.COLO.LCivR 6.1(b), this motion is Defendant Overmyer's first request for an extension of time to file an answer.

9. No parties will be prejudiced by an extension of the deadline. The extension will not delay the proceedings in this matter. The extension will serve the

interest of efficiency as it will allow the Defendant Overmyer to file an answer or other responsive pleading at the same time as the other Defendants.

10. Pursuant to D.C.COLO.LCivR 6.1(c), the undersigned counsel certifies that he will send a copy of this motion to his client.

WHEREFORE, Defendant Overmyer requests that this Court enter an Order extending the deadline to file her answer, or other responsive pleading, up through and including January 9, 2023.

DATED: December 19, 2022.

                Respectfully submitted,

                *s/Michael A. Sink*
                Michael A. Sink
                Assistant County Attorney
                4430 S. Adams County Pkwy
                5th Floor, Suite C5000B
                Brighton, CO  80601
                Phone: (720) 523-6116
                Fax: (720) 523-6114
                msink@adcogov.org

                *Counsel for Defendants*
                *Adams County and*
                *Richard A Reigenborn*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2022, I caused the forgoing to be electronically filed with the Clerk of the Court using the CM/ECF system; I further certify that I sent a copy of the foregoing to *pro se* Plaintiff Alexander Garcia via U.S. mail, postage prepaid, to:

Ralph Marcus Hardy
#22-7798
Adams County Detention Facility
P.O. Box 5011
150 North 19th Avenue
Brighton, CO 80601

*s/Michael A. Sink*
Michael A. Sink
Assistant County Attorney
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
Phone: (720) 523-6116
Fax: (720) 523-6114
msink@adcogov.org

*Counsel for Defendants
Adams County and
Richard A Reigenborn*