## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-02843-WJM-MDB

RALPH MARCUS HARDY,

    Plaintiff,

v.

ADAMS COUNTY, a municipality, *et al.*,

    Defendants.

___

### DEFENDANTS ADAMS COUNTY'S, SHERIFF REIGENBORN'S, AND DEPUTY OVERMYER'S RESPONSE TO PLAINTIFF'S MOTION TO ADD DETENTION SPECIALIST DEHERERRA (ECF 34)
___

    1.    Mr. Hardy's operative amendment complaint (ECF 22 filed December 12, 2022) asserts four claims for relief arising out the conditions of his confinement at the Adams County Detention Facility.

    2.    Mr. Hardy's second claim for relief alleges a claim under 42 U.S.C. § 1983 for deliberate indifference to Mr. Hardy's serious medical needs based on an incident that he alleges occurred on September 22, 2022.

    3.    Among the individuals he names in his second claim for relief is Adams County Detention Specialist DeHerrera. (ECF 22 at 9.) Mr. Hardy's sole allegation against DeHerrera is based on the supposition that DeHerrera did not relay Mr. Hardy's emergency call request to a floor deputy. (*Id.* at 10, ¶ 26; 11, ¶ 30; 15, ¶ 46); *contra Ashcroft v. Iqbal*, 556 U.S. 662, 680 (2009) (allegation that defendant "knew of, condoned, and willfully and maliciously agreed to subject him to harsh conditions of confinement as a matter of policy . . . for no legitimate penological interest"

was conclusory and not entitled to a presumption of truth) (quotation and alteration omitted); *cf. Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 557 (2007) (To satisfy Rule 8, a plaintiff's complaint must "possess enough heft to show that the pleader is entitled to relief.") (quotation omitted).

4. Mr. Hardy, however, did not list Adams County Detention Specialist DeHerrera in the caption of his amended complaint. (*Id.* at 1.)

5. In his Motion to Add Adams County Detention Specialist DeHerrera to the complaint (ECF 34), Mr. Hardy asserts that DeHerrera is an "Adams County Employee." This is incorrect. Detention Specialist DeHerrera is employed by the Adams County Sheriff–not Adams County, the separate governmental entity. *See*, *e.g.*, *Duda v. Elder*, No 18-cv-02890-RBJ, 2020 WL 6290383, *2 (D. Colo. Oct. 27, 2020) (undisputed that the El Paso County Sheriff had exclusive control over hiring and firing sheriff's office employees, including the plaintiff, who served for a time as a detention specialist).

6. It is not necessary or appropriate to name Detention Specialist DeHerrera in his official capacity in this case given that the Sheriff is separately named. *See Hafer v. Melo*, 502 U.S. 21, 24-25 & n.* (1991).

7. Therefore, without prejudice to Adams County Detention Specialist DeHerrera's right to file a motion to dismiss (if the complaint is timely served upon him), the current Adams County defendants do not object to the amendment of the case caption to include Mr. DeHerrera in his personal capacity, provided it is nunc pro tunc to December 12, 2022, and does not moot the current Adams County defendants pending motion to dismiss. (ECF 35.)

8.     If Mr. Hardy is unable to serve Adams County Detention Specialist DeHerrera by March 13, 2023 (90 days from the filing of the amendment complaint), Mr. DeHerrera should be dismissed from the case. *See* Fed. R. Civ. P. 4(m).

DATED: January 24, 2023

Respectfully submitted,

*s/Michael A. Sink*
Michael A. Sink
Assistant County Attorney
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
Phone: (720) 523-6116
Fax: (720) 523-6114
msink@adcogov.org

*Counsel for Defendants Adams County,
Sheriff Richard A Reigenborn, and
Deputy Jennifer Overmyer*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2023, I caused the forgoing to be electronically filed with the Clerk of the Court using the CM/ECF system; I further certify that I sent a copy of the foregoing to *pro se* Plaintiff Ralph Hardy via U.S. mail, postage prepaid, to:

Ralph Marcus Hardy
#22-7798
Adams County Detention Facility
P.O. Box 5011
150 North 19th Avenue
Brighton, CO 80601

*s/Michael A. Sink*
Michael A. Sink
Assistant County Attorney
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
Phone: (720) 523-6116
Fax: (720) 523-6114
msink@adcogov.org

*Counsel for Defendants Adams County,
Sheriff Richard A Reigenborn, and Deputy Jennifer
Overmyer*