IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-02843-WJM-MDB

RALPH MARCUS HARDY,

    Plaintiff,

v.

ADAMS COUNTY, a municipality, *et al.*,

    Defendants.

---

**DEFENDANTS ADAMS COUNTY'S, SHERIFF REIGENBORN'S, AND DEPUTY OVERMYER'S NOTICE OF RECEIPT OF RESPONSE TO MOTION TO DISMISS AND MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS [Doc. No. 35]**

---

Defendants, Adams County, Richard Reigenborn, and Jennifer Overmyer, by and through her attorney, Michael A. Sink, Assistant County Attorney, hereby submit this notice of receipt and motion for an extension of time, up through and including February 21, 2023, to file a reply in support of their Motion to Dismiss [Doc. No. 35], and as grounds therefore states as follows:

**CERTIFICATION PURSUANT TO D.C.COLO.LCivR. 7.1**

This motion is exempt from conferral pursuant to D.C.COLO.LCivR. 7.1(b)(1).

**NOTICE OF RECEIPT OF RESPONSE TO MOTION TO DISMISS**

1.    Plaintiff served his Prisoner Complaint on Jennifer Overmyer via the U.S. Marshal Service on December 7, 2022.

2.    Defendants filed their Motion to Dismiss on January 9, 2023.

3.    Plaintiff's response was due on January 30, 2023.

4.    A copy of the response was received in the Adams County Attorney's office on February 1, 2023. *See* Ex. A, hereto.

5. The Plaintiff's response was post-marked 7 days earlier on January 23, 2023. *Id.* at 27.

6. By February 7, 2023, the Court had not docketed the receipt of a copy of the Plaintiff's response.

7. Evidently, Plaintiff did not mail a copy of his response to the Court.

**MOTION FOR ADDITIONAL TIME TO REPLY TO PLAINTIFF'S RESPONSE**

8. Given that the Plaintiff did not file his response with the Court, and the delay in receipt by Adams County, the Adams County Defendants respectfully request an extension of time to file their reply brief through and including February 21, 2023.

9. No parties will be prejudiced by an extension of the deadline. The extension will not delay the proceedings in this matter.

10. Pursuant to D.C.COLO.LCivR 6.1(b), this motion is the Adams County Defendants first request for an extension of time to file a reply.

11. Pursuant to D.C.COLO.LCivR 6.1(c), the undersigned counsel certifies that he will send a copy of this motion to his client.

WHEREFORE, the above Defendants request that this Court enter an Order extending the deadline to file their reply in support of their motion to dismiss, up through and including February 21, 2023.

DATED: February 8, 2023.

Respectfully submitted,

*s/Michael A. Sink*
Michael A. Sink
Assistant County Attorney
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
Phone: (720) 523-6116
Fax: (720) 523-6114
msink@adcogov.org

*Counsel for Defendants*
*Adams County, Richard A Reigenborn, and Jennifer Overmyer*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2023, I caused the forgoing to be electronically filed with the Clerk of the Court using the CM/ECF system; I further certify that I sent a copy of the foregoing to *pro se* Plaintiff Ralph Hardy via U.S. mail, postage prepaid, to:

Ralph Marcus Hardy
#22-7798
Adams County Detention Facility
P.O. Box 5011
150 North 19th Avenue
Brighton, CO 80601

*s/Michael A. Sink*
Michael A. Sink
Assistant County Attorney
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
Phone: (720) 523-6116
Fax: (720) 523-6114
msink@adcogov.org

*Counsel for Defendants*
*Adams County, Richard A Reigenborn, and Jennifer Overmyer*