IN THE UNITED STATES DISTRICT COURT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2/17/2023
JEFFREY P. COLWELL, CLERK

Civil Action No.: 22-CV-02843-WJM-MDB

Hardy v Adams County et. al.

Motion To reissue Service of Process on Defendant's Rabie and Detention Specialist Deherrera.

The Plaintiff Ralph M. Hardy, pro se, hereby moves this Honorable Court to reissue Service of Process of the Second Amended Complaint in this Case, and shows;

1. Plaintiff has filed a Second Amended Complaint in this Case adding defendant Detention Specialist Deherrera as a defendant in this Case.

2. Deputy Rabie nor Detention Specialist Deherrera have been served the Complaint in this Case.

3. Both Defendant Rabie and Defendant Deherrera are Adams County Sheriff's office employees who work at the Adams County Detention Facility 150 N. 19th Ave Brighton, Co. 80601.

WHEREFORE, Plaintiff requests this Clerk of Court reissue Subpoena for service of process on the above named Defendants.

Respectfully Submitted

Ralph Hardy 21-7798
150 N. 19th Ave
Brighton, Co. 80601

Certificate of Service

I Certify that a true copy of this motion has been served upon the Attorney for Defendants by U.S. Mail this 14th day of February, 2023.

Ralph M. Hardy
Plaintiff, pro se