Case 1:22-cv-02843-GPG  Document 6  Filed 10/31/22  USDC Colorado  Page 1 of 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-02843-GPG

RALPH MARCUS HARDY, 21-7798

    Plaintiff,

v.

ADAMS COUNTY, a municipality,
RICHARD REIGENBORN, Sheriff, Adams County,
DEPUTY RABIE,
DEPUTY OVERMYER, ADA Coordinator,
SERGIO PALOMARES,
DEPUTY DEHERRERA, and
TWO UNKNOWN MASKED DEPUTIES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3/6/2023
JEFFREY P. COLWELL, CLERK

*[handwritten: Inmate released 2/24/23, no funds available.]*

---

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff has submitted to the Court *pro se* a Prisoner Complaint (ECF No. 1), a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2), and a Motion to Take Judicial Notice (ECF No. 3). The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 will be granted. Based on the information about Plaintiff's financial status, the Court finds that Plaintiff is able to pay an initial partial filing fee of $24.00 pursuant to 28 U.S.C. § 1915(b)(1). Plaintiff has consented to disbursement of partial payments of the filing fee from his prison account. (*See* ECF No. 2 at p.5.) Plaintiff is required to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action. Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2) is granted. It is

FURTHER ORDERED that within thirty days of the date of this Order Plaintiff's custodian shall disburse from Plaintiff's prison account an initial partial filing fee of $24.00 to the Clerk of the United States District Court for the District of Colorado, which represents 20 percent of the greater of the (1) average monthly deposits, or (2) average monthly balance in Plaintiff's prison account for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(b). It is

FURTHER ORDERED that after payment of the initial partial filing fee Plaintiff's custodian shall disburse from Plaintiff's prison account monthly payments of 20 percent of the preceding month's income credited to his prison account until Plaintiff has paid the total filing fee of $350.00. See 28 U.S.C. § 1915(b)(2). Interference by Plaintiff in the submission of these funds will result in the dismissal of this action. It is

FURTHER ORDERED that Plaintiff is advised that notwithstanding any filing fee, or any portion thereof, that may have been paid, the Court shall dismiss at any time all or any part of such complaint which (1) is frivolous or malicious; (2) fails to state a claim on which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief. See 28 U.S.C. § 1915A(b); 28 U.S.C. § 1915(e)(2). It is

FURTHER ORDERED that Plaintiff's custodian shall continue to disburse monthly payments from Plaintiff's prison account until full payment of the filing fee has been paid to the Court, even after disposition of the case and regardless of whether relief is granted or denied. It is

FURTHER ORDERED that the Clerk of the Court shall send a copy of this Order to the Adams County Detention Facility Business Office, Attn: Inmate Accounts. It is

FURTHER ORDERED that the United States Marshals Service shall serve process on any remaining Defendants for whom personal service is required if the case is later drawn to a district judge and/or a magistrate judge under D.C.COLO.LCivR 8.1(c).

DATED October 31, 2022.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge

**Orders on Motions**
1:22-cv-02843-GPG Hardy v. Adams County et al

CC Filer,JD1,PCR,PS2

# U.S. District Court - District of Colorado

## District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 11/1/2022 at 12:45 PM MDT and filed on 10/31/2022
**Case Name:**       Hardy v. Adams County et al
**Case Number:**     1:22-cv-02843-GPG
**Filer:**
**Document Number:** 6

**Docket Text:**
**ORDER Granting [2] Leave to Proceed Pursuant to 28 U.S.C. § 1915, by Magistrate Judge Gordon P. Gallagher on 11/1/2022. copy of order mailed to Adams County Detention Facility (angar, )**


**1:22-cv-02843-GPG Notice has been electronically mailed to:**

**1:22-cv-02843-GPG Notice has been mailed by the filer to:**

Ralph Marcus Hardy   21-7798
#21-7798
Adams County Detention Facility (ACDF)
P.O. Box 5001
150 North 19th Avenue
Brighton, CO 80601

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=11/1/2022] [FileNumber=8873285-0
] [613a8582c9de3491856069b3e207ac9c23f3455c877c8826521e554ae39b4884c8d
7f08504646397f081bd4bb188a4d85e7822d7ffdcba61a9699f50b760eb52]]



**SHERIFF ADAMS COUNTY**
SHERIFF GENE R. CLAPS
150 North 19th Ave., Brighton, CO 80601

Attn: Accounting

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901 19th St Room A105
Denver CO 80294-3589

DENVER CO 802
3 MAR 2023 PM 7



ZIP 80601
02 4W
0000375819 MAR 03 2023
US POSTAGE PITNEY BOWES
$ 000.60°



RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 06 2023
JEFFREY P. COLWELL
CLERK

80294-250099