IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-02843-MDB

**RALPH MARCUS HARDY,**

    Plaintiff,

v.

**ADAMS COUNTY, a municipality,**
**GENE CLAPS, Sheriff, Adams County, in his official capacity,**
**DEPUTY RABIE, deputy,**
**DEPUTY OVERMYER, deputy,**
**DEPUTY DEHERRERA, detention specialist, and**
**RICHARD REIGENBORN, in his individual capacity,**

    Defendants.
_____

**DEFENDANT ADAMS COUNTY, COLORADO, DEPUTY RABIE,
DEPUTY OVERMYER, RICHARD REIGENBORN AND SHERIFF GENE CLAPS'
JOINT NOTICE TO THE COURT REGARDING ERROR IN MAILING**
_____

Defendants, by and through their respective attorneys, Kerri A. Booth, Assistant County Attorney and Michael A. Sink, Assistant County Attorney, hereby jointly notify the Court of an error in mailing of their Objections (ECF 88, 89, and 90) to the Report and Recommendation of United States Magistrate Judge issued July 19, 2023 (ECF 86).

**CERTIFICATION PURSUANT TO D.C.COLO.LCivR. 7.1**

This notice is exempt from conferral pursuant to D.C.COLO.LCivR. 7.1(b)(1) and (2) as Plaintiff is a pro se incarcerated person.

1)    On August 2, 2023, Defendants filed their respective objections to the Report and Recommendation of the United States Magistrate Judge which included a certification of mailing to Plaintiff's current address.

2)    The objections were incorrectly mailed to the Plaintiff's former address.

1

3) On August 15, 2023, the copies mailed to Plaintiff were returned as undeliverable as the address on the label was an incorrect address for the Plaintiff. Defendants were made aware of this error upon receipt of the returned mail.

4) Plaintiff's response to Defendants Objections would ordinarily be due on August 16, 2023.

5) Counsel apologize for the error and resulting delay. Defendants do not object to Plaintiff being granted additional time to respond to their objections.

DATED: August 15, 2023.

        Respectfully submitted,

        *s/Michael A. Sink*
        Michael A. Sink
        Assistant County Attorney
        4430 S. Adams County Pkwy
        5th Floor, Suite C5000B
        Brighton, CO  80601
        Phone: (720) 523-6116
        Fax: (720) 523-6114
        msink@adcogov.org

        *Counsel for Defendants Richard Reigenborn, Daniel DeHerrera, Jennifer Overmyer, and Adams County, Colorado*

        *s/Kerri A. Booth*
        Kerri A. Booth
        Assistant County Attorney
        4430 S. Adams County Pkwy
        5th Floor, Suite C5000B
        Brighton, CO  80601
        Phone: (720) 523-6116
        Fax: (720) 523-6114
        kbooth@adcogov.org

        *Counsel for Defendant Dennis Rabie and Sheriff Gene Claps, in his official capacity*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2023, I caused the forgoing to be electronically filed with the Clerk of the Court using the PACER system. I further certify that I sent a copy of the foregoing to *pro se* Plaintiff Ralph Hardy via FedEx, postage prepaid, to:

Ralph Marcus Hardy
DOC #110262
Bent County Correctional Facility
11560 County Road FF-75, Unite SE-107-B
Las Animas, CO 81054

        Respectfully submitted,

        *s/Michael A. Sink*
        Michael A. Sink
        Assistant County Attorney
        4430 S. Adams County Pkwy
        5th Floor, Suite C5000B
        Brighton, CO  80601
        Phone: (720) 523-6116
        Fax: (720) 523-6114
        msink@adcogov.org

        *Counsel for Defendants Richard Reigenborn, Daniel DeHerrera, Jennifer Overmyer, and Adams County, Colorado*