IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-02843-WJM-MDB

RALPH MARCUS HARDY,

    Plaintiff,

v.

ADAMS COUNTY, a municipality,
DEPUTY RABIE, deputy,
DEPUTY DEHERRERA, detention specialist, and
RICHARD REIGENBORN, in his individual capacity,

    Defendants.

_____

**NOTICE OF APPEAL**
_____

Defendants Rabie and DeHerrera, through undersigned counsel and pursuant to Federal Rules of Appellate Procedure 3(a) and (c) and 4(a)(1)(A), hereby give notice they are appealing in the above- named case to the United States Court of Appeals for the Tenth Circuit from that portion of this Court's March 18, 2024 Order [ECF No. 92] denying in part the Defendants' respective motions to dismiss [ECF Nos. 78 and 80] the Plaintiff's claims against them based on qualified immunity.

1

DATED:  April 9, 2024.                    Respectfully submitted,


               <u>*s/Michael A. Sink*</u>
               Michael A. Sink
               Assistant County Attorney
               4430 S. Adams County Pkwy
               5th Floor, Suite C5000B
               Brighton, CO  80601
               Phone: (720) 523-6116
               Fax: (720) 523-6114
               msink@adcogov.org

               *Counsel for Defendants Rabie and DeHerrera*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2023, I caused the forgoing to be electronically filed with the Clerk of the Court using the PACER system. I further certify that I sent a copy of the foregoing to *pro se* Plaintiff Ralph Hardy via U.S. Regular Mail, postage prepaid, to his last known address:

Ralph Marcus Hardy
DOC #110262
Bent County Correctional Facility
11560 County Road FF-75, Unite SE-107-B
Las Animas, CO 81054

Respectfully submitted,

*s/Michael A. Sink*
Michael A. Sink
Assistant County Attorney
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
Phone: (720) 523-6116
Fax: (720) 523-6114
msink@adcogov.org

*Counsel for Defendants Rabie and DeHerrera*

3