In The United States District Court
For the District of Colorado

Civil Action No. 22-CV-02843-WJM-MDB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY -9 2024

JEFFREY P. COLWELL
CLERK

In Re:   Hardy v Adams County et al

MOTION FOR EXTENDED TIME TO FILE AMENDED
COMPLAINT AND NOTICE OF ADDRESS CHANGE

   The Plaintiff, Ralph Hardy, pro se hereby requests an extended time in which to file his amended complaint, and shows:

   1. Mr. Hardy's amended complaint was due on May 3, 2024.

   2. Mr. Hardy was transfered to a Minimum Security Facility and was unable to obtain his legal work from the computer at the transfering facility.

3. Mr. Hardy has made new arrangements to access the law library at his new facility, and hopes to have the amended complaint done and filed with this Court prior to the May 13, 2024 Pre-Scheduling Conference.

Wherefore, Mr. Hardy requests this extended time period in which to file his amended complaint. Moreover, Mr. Hardy requests that the parties and this Honorable Court adjust his contact information as follows: Ralph Hardy 110262 Trinidad Correctional Facility 21000 Hwy 350 East Model, Co 81059.

Respectfully Submitted

Ralph Hardy 110262
Trinidad Correctional Facility
21000 Hwy 350 East
Model, CO. 81059

I have mailed this information to Michael A. Sink County Attorney by U.S. Mail on May 3, 2024

Ralph Hardy
Plaintiff, Pro Se

Ralph Hardy 1102627
Trinidad Correctional Facility
9000 Hwy 350 East
Model, CO 81059

LEGAL MAIL
22-CV-02843-WJM-MDB

United States District Court
901 - 19th St. Room A-105
Denver, CO 80294

DENVER CO 802
7 MAY 2024 PM 6 L

TCF 05/03/24
FACILITY    DATE REC'D

1102627   Hardy
DOC #     OFFENDER LAST NAME