IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No: 22-cv-02843-WJM-MDB | Date: May 13, 2024 |
| Courtroom Deputy: E. Lopez Vaughan | FTR: Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| Ralph Marcus Hardy | Pro se |
| Plaintiff, | |
| v. | |
| Adams County et al | Michael Sink |
| Defendant. | |

### COURTROOM MINUTES

**PRE-SCHEDULING CONFERENCE**

**1:03 p.m.      Court in session.**

Court calls case. Appearances of entered.

Since the last *Pre-Scheduling Conference* held on April 22, 2024 (see ECF No. 100), Plaintiff was transferred to a different facility. For this reason and as outlined in his *Motion for Extended Time to file Amended Complaint and Notice of Address Change* at ECF No. 102, he was unable to comply with the Court's May 3rd deadline for filing an Amended Complaint. Plaintiff indicates that he has since discovered new information which lends support to his claim alleging insufficient training of sheriff's deputies. The Court extends the deadline for Plaintiff to submit a *Motion to Amend Complaint* with a *proposed Amended Complaint* to **June 17, 2024[1].**

Given the pending appeal by Defendant(s), to the extent a motion to stay will be filed, the deadline is set **for May 22, 2024.**

**1:26 p.m.      Court in recess.**

Hearing concluded.

---

[1] Post-Conference note:
The Plaintiff's Motion at ECF No. 102 is **GRANTED**.

Total in-court time:   00:23

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.