IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CIVIL ACTION NUMBER: 22-CV-02843-WJM-MDB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 20 2024
JEFFREY P. COLWELL
CLERK

**Ralph Marcus Hardy,**

Plaintiff,

Vs.

**Adams County, a Municipality**

**Richard Reigenborn in his individual capacity,**

**Dennis Rabie, a deputy, in his individual capacity,**

**Daniel DeHerrera, a detention specialist in his individual capacity,**

**Defendants.**

## PLAINTIFFS MOTION TO FILE THIRD AMENDED COMPLAINT

The Plaintiff, Ralph Marcus Hardy, pro se, hereby files this motion for leave to file a Third Amended Complaint in this case and shows"

1.  Mr. Hardy, in compliance with United States District Judge, William J. Martinez has filed a Third Amended Complaint in accordance with the Judges Permission to amend the complaint with respect to Claims one, two, three and four.

2.  Mr. Hardy has chosen not to amend his claim three which was a claim pursuant to the Americans with Disabilities Act. Mr. Hardy has chosen rather to consolidate the facts

1

and matters that were pertinent to claim three and incorporate them into claims two and four.[1]

3.   The defendants are in no way prejudiced by the inclusion. Specifically defendants Rabie and DeHerrera are isolated from the First Amendment Claim that is *claim four*, so as not to confuse their acts or omissions with those of Adams County's and defendant Reigenborn's, as applied to *claim four*.

4.   Should defense counsel object to this inclusion for whatever reason, Mr. Hardy would like the opportunity to again revisit this issue and have the ability to rectify this matter to the satisfaction of all parties.

5.   Attached hereto in accordance with the Federal Rules of Civil Procedure regarding the request to amend the complaint, is the original of Mr. Hardy's *Third Amended Complaint*.

Wherefore, Mr. Hardy requests that this Honorable Court accept the attached Third Amended Complaint as provided.

Respectfully submitted,

Ralph Hardy

Ralph M. Hardy Reg. #110262
Trinidad Correctional Facility
21000 Hwy 350 East.
Model, CO 81059

## CERTIFICATE OF SERVICE

---

[1] Mr. Hardy has chosen not to amend his claim three, which nullifies that claim in its entirety. However, for the sake of judicial economy, Mr. Hardy has elected to make the facts from claim three inclusive to claims two and four. Specifically, the events that transpired in the *original claim two*, took place after the events in *claim four*. Mr. Hardy thus consolidated the facts of claims two, three and claim into claims two and four, but isolated, so as not to prejudice the defendants. The Facts and matters remain the same, with the exception to the amendments and inclusion of the facts and matters from claim three. The defendants are isolated as to their individual roles as to claims two and four, and are still independent claims, Mr. Hardy's inclusion thus clarifies the events as a chronological pleading line, and brings clarity to the case.

I certify that a true copy of the forgoing motion to amend to a Third Amended Complaint, and a copy of the Third Amended Complaint has been provided to Michael Sink, attorney for the defendants, 4430 South Adams County Parkway, 5th Floor, and Suite C5000B Broomfield CO. 80601, by United States Mail this 14th day of June, 2024

Ralph Marcus Hardy,

Plaintiff, pro se

3