IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No: 22-cv-02843-WJM-MDB | Date: September 10, 2024 |
| Courtroom Deputy: E. Lopez Vaughan | FTR: Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| Ralph Marcus Hardy | Felipe Bohnet-Gomez |
| Plaintiff, | |
| v. | |
| Adams County, et al | Michael Sink |
| Defendants. | |

## COURTROOM MINUTES

**MOTION HEARING**

**11:37 a.m.     Court in session.**

Court calls case.  Appearances of counsel.

This matter is before the Court on Plaintiff's Unopposed Motion to Withdraw Document 105 Motion for Order to File Third Amended Complaint at ECF No. 115 (see also ECF No.'s 105, 117 and 119).

**ORDERED**:   The Motion at ECF No. 115 is **GRANTED** and the Motion at ECF No. 105 is **WITHDRAWN**, without prejudice to Plaintiff's ability to re-file a Motion to Amend at a later date.

The Court notes there is an appeal pending in the 10th Circuit on some, but not all, issues and inquires as to why the parties have not requested a stay pending the decision by the 10th Circuit, as the appeal appears to have meaningful overlap with the portions of the case that are not on appeal. Plaintiff seeks a stay. It is

**ORDERED**:   Plaintiff's *Motion to Stay* shall be filed on or before **September 17, 2024**. Defendants' response is due on or before **September 24, 2024**. There will be no reply and the briefs are limited to five (5) pages each.

**11:58 a.m.      Court in recess.**

Hearing concluded.
Total in-court time    00:21

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.